UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| KENNETH BELL<br>*Plaintiff,* | §<br>§<br>§ | |
| VS. | §<br>§ | CIVIL ACTION NO. 23-CV-542 |
| WALMART, INC.<br>*Defendant.* | §<br>§<br>§<br>§ | JURY DEMANDED |

## DEFENDANT'S NOTICE OF REMOVAL

Defendant, Walmart Inc., incorrectly named Walmart, Inc., files this Notice of Removal pursuant to 28 U.S.C. § 1441, as follows:

### Commencement and Service

1.  On February 16, 2023, Plaintiff, Kenneth Bell, commenced this action against Walmart Inc. by filing Plaintiff's Original Petition in the 45th Judicial District Court of Bexar County, Texas, Cause No. 2023CI03207, *Kenneth Bell vs. Walmart, Inc.* A copy of Plaintiff's Original Petition is attached hereto as **Exhibit A**. Walmart Inc. received service of process and Plaintiff's Original Petition on March 31, 2023. A copy of the Return of Service and Citation is attached hereto as **Exhibit B**. Walmart Inc. filed its Original Answer to Plaintiff's Original Petition on April 21, 2023, attached hereto as **Exhibit C** and its Demand for Jury Trial attached hereto as **Exhibit D**.

2.  This notice of removal is filed within thirty days (30) of the receipt of the Plaintiff's Original Petition which discloses that this matter involves an amount in controversy that or which exceeds $75,000.00 and is timely filed under 28 U.S.C. § 1446(b). This notice of removal is filed within one year of the commencement of this action and is thus timely pursuant to 28 U.S.C. § 1446(b).

### Grounds for Removal

3. Walmart Inc. is entitled to remove the state court action to this Court pursuant to 28 U.S.C. §§ 1332, 1441, and 1446 because this action is a civil action involving an amount in controversy exceeding $75,000.00 between parties with diverse citizenship. **See Exhibit A, Plaintiff's Original Petition at paragraph 6.1, wherein Plaintiff seeks monetary relief in excess of $1,000,000.00..."**

### Diversity of Citizenship

4. This is an action between parties with diversity of citizenship.

5. Plaintiff is a citizen of Texas.

6. Defendant Walmart Inc. is a corporation that is incorporated in the State of Delaware with its principal place of business in Bentonville, Arkansas. Walmart Inc. is a citizen of both the State of Delaware and the State of Arkansas.

7. No change of citizenship has occurred since commencement of the state court action. Therefore, diversity of citizenship exists among the parties.

### Amount in Controversy

8. The amount in controversy exceeds the sum of $75,000.00. **See Exhibit A, Plaintiff's Original Petition paragraph 6.1.**

### Venue

9. Venue lies in the Western District of Texas, San Antonio Division, pursuant to 28 U.S.C. §§ 1441(a) and 1446(a) because the Plaintiff filed the state court action in this judicial district and division.

### Notice

10. Contemporaneous with the filing of this notice of removal, Defendant will give notice of this filing to all parties of record pursuant to 28 U.S.C. § 1446(d). Defendant will also file with the clerk of the state court and will serve upon Plaintiff's counsel and all other parties" counsel of record, a notice of the filing of this notice of removal.

### Jury Demand

11. Plaintiff demanded a jury trial in the state court action.

### State Court Pleadings

12. Copies of state court pleadings which are referenced within the Notice are attached to this Notice of Removal as **Exhibits A and D.** This case is being removed from the 45th Judicial District Court of Bexar County, Texas.

### Exhibits to Notice of Removal

13. The following documents are attached to this Notice as correspondingly lettered exhibits:

    A. Plaintiff's Original Petition.
    B. Return of Service and Citation.
    C. Defendant's Original Answer to Plaintiff's Original Petition.
    D. Defendant's Demand for Jury Trial.
    E. Request for Service of Process.
    F. Request for Copy of Filed Stamped Petition.
    G. Register of Actions.
    H. List of Counsel of Record.

WHEREFORE, Defendant, Walmart Inc. pursuant to the statutes cited herein and in conformity with the requirements set forth in 28 U.S.C. § 1446, removes this action from the 45th Judicial District Court of Bexar County, Texas.

Respectfully submitted,

DAW & RAY
A LIMITED LIABILITY PARTNERSHIP

*/s/ James K. Floyd*
James K. Floyd; SBN:24047628
Email: jfloyd@dawray.com
Dilcia Z. Jones, SBN: 24115588
Email: djones@dawray.com
14100 San Pedro Ave., Suite 302
San Antonio, TX 78232
(210) 224-3121 Telephone
(210) 224-3188 Facsimile
**ATTORNEYS FOR DEFENDANT WALMART INC.**

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the above and foregoing instrument has been served upon all known counsel of record in accordance with the TRCP on this the 27th day of April 2023.

Angela Tabares
Cesar Ornelas
CESAR ORNELAS LAW, PLLC
11459 Huebner Rd.
San Antonio, Texas 78230

*/s/ James K. Floyd*
James K. Floyd