## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
San Antonio    ☒ DIVISION

Supplement to JS 44 Civil Cover Sheet
Cases Removed from State District Court

This form must be filed with the Clerk's Office no later than the **first business day** following the filing of the Notice of Removal. Additional sheets may be used as necessary.

The attorney of record for the removing party **MUST** sign this form.

**STATE COURT INFORMATION:**

1.      Please identify the court from which the case is being removed; the case number; and the complete style of the case.

Cause No. 2023CI03207;  Kenneth Bell v. Walmart Inc., 45th Judicial District Court, Bexar County, Texas.

2.      Was jury demand made in State Court?        ☒ Yes        ☐ No

If yes, by which party and on what date?

Kenneth Bell                                    02-16-23
Party Name                                      Date

**STATE COURT INFORMATION:**

1.      List all plaintiffs, defendants, and intervenors still remaining in the case. Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

Plaintiff - Kenneth Bell
Attorney for Plaintiff - Angela Tabares, Cesar
Ornelas, Cesar Ornelas Law, PLLC, 11459 Huebner
Rd., San Antonio, Tx 78230
210-957-2103 Telephone; 888-342-8033 Fax

Defendant - Walmart Inc.
Attorney for Defendant - James K. Floyd, Dilcia Z. Jones,
Daw & Ray, LLP 14100 San Pedro Ave., Suite 302
San Antonio, Tx 78232
210-224-3121 Telephone; 210-224-3188 Fax

2. List all parties that have not been served at the time of the removal, and the reason(s) for non-service.

None.

TXWD - Supplement to JS 44 (Rev. 9/2019)                                    Page 1

3.      List all parties that have been non-suited, dismissed, or terminated, and the reason(s) for their removal from the case.

   None.

**COUNTERCLAIMS, CROSS-CLAIMS, and/or THIRD-PARTY CLAIMS:**

1.      List separately each counterclaim, cross-claim, or third-party claim still remaining in the case and designate the nature of each such claim.  For each counterclaim, cross-claim, or third-party claim, include all plaintiffs, defendants, and intervenors still remaining in the case.  Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

   None.

**VERIFICATION:**

_James R. Floyd_
Attorney for Removing Party                             Date 4/27/2023

Walmart Inc.

Party/Parties

(NOTE:  Additional comment space is available on page 3)

**ADDITIONAL COMMENTS (As necessary):**